UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STAR FUNDING INC.,

                                            Plaintiff,                       **25 Civ. No. 4293 (RA)**

             -against-                                      **PRE-SETTLEMENT
                                                                              CONFERENCE ORDER**

AZ BOTTLE, LLC et al,

                                            Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Friday, August 15, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 197 595 844#.**

       SO ORDERED.

DATED:    New York, New York
                 August 11, 2025

                                                                                _____
                                                                                The Honorable Gary Stein
                                                                                 United States Magistrate Judge